# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SA CV03-0950 DOC(ANx)                                    Date   April 3, 2008

Title   ECHOSTAR SATELLITE CORPORATION, ET. AL., -V- NDS GROUP PLC, ET. AL.,

Present: The Honorable    David O. Carter, U.S. District Judge

| Kristee Hopkins | Jane Sutton Rule | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Chad Hagan | Darin Snyder |
| David Noll | Nathaniel Dilger |
| T. Wade Welch | Richard Stone |
| Christine Willetts | Kenneth Klein |
|  | David Eberhart |

Proceedings:   1.   STATUS CONFERENCE RE: DISCOVERY
               2.   ORAL ARGUMENT RE: MOTIONS IN LIMINE

    Matter is called for hearing.  Counsel state their appearances. Court conducts further status conference.  Further argument by counsel.   Court sets matter for Evidentiary Hearing on April 4, 2008 at 9:30 a.m.

                                                                                                                         :   30

Initials of Preparer   kh