DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
DAVID R. EBERHART (S.B. #195474) – deberhart@omm.com
O'MELVENY & MYERS LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

RICHARD L. STONE (S.B. #110022) – rlstone@hhlaw.com
KENNETH D. KLEIN (S.B. #85231) – kdklein@hhlaw.com
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Attorneys for Defendants
NDS GROUP PLC and
NDS AMERICAS, INC.



## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| ECHOSTAR SATELLITE CORP., *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NDS GROUP PLC, *et al.*,<br><br>　　　　　　Defendants. | Case No. SA CV 03-950 DOC(JTLx)<br><br>**PARTIES' PROPOSED STATEMENT OF THE CASE**<br><br>Date:　April 9, 2008<br>Time:　8:30 a.m.<br>Place:　Courtroom 9D<br>Judge:　Hon. David O. Carter |



## STATEMENT OF THE CASE

The plaintiffs in this case are EchoStar Satellite Corporation, EchoStar Communications Corporation, EchoStar Technologies Corporation (collectively referred to as "Echostar"), and NagraStar LLC. EchoStar is a multi-channel video provider, providing video, audio, and data services to customers via satellite under the name "DISH Network." Using an encryption system provided in part by NagraStar, EchoStar encrypts its broadcast signal to prevent unauthorized viewers from viewing various programmers' copyrighted programming content, such as HBO and Showtime.

The defendants and counter-claimants in this case are NDS Americas, Inc. and NDS Group PLC (collectively referred to as "NDS"). NDS provides encryption systems for digital television providers to prevent the unauthorized reception and viewing of satellite television broadcasts. NagraStar and NDS are competitors. The encryption systems they provide are generally referred to as Conditional Access Systems.

Plaintiffs allege NDS violated the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201(a)(l) and 1201(a)(2); the Communications Act of 1934, 47 U.S.C. § 605(a); the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c); and the California Penal Code §§ 593d(a), 593e(b). Plaintiffs claim that NDS violated these laws by hacking Plaintiffs' conditional access system, creating a distribution network of pirated EchoStar access cards and posting on the Internet information and codes for the EchoStar security system that allegedly provided instructions on how to hack plaintiffs' security system. Defendants deny Plaintiffs' allegations.

NDS has asserted counterclaims against EchoStar. NDS alleges in their counterclaims that Plaintiffs violated the California Uniform Trade Secrets Act, Civil Code § 3426, and the Computer Fraud and Abuse Act, 18 U.S.C. § 1030.

1  NDS claims that EchoStar violated these laws by obtaining and using confidential,
2  internal trade secret NDS documents. Plaintiffs deny Defendants' allegations.
3  Each of the parties seeks damages.

4
5  Dated:   April 5, 2008

                                        DARIN W. SNYDER
                                        DAVID R. EBERHART
                                        O'MELVENY & MYERS LLP

                                        By:_____
                                               DARIN W. SNYDER
                                        Attorneys for Defendants
                                        NDS GROUP PLC and NDS
                                        AMERICAS, INC.

SF1:711397.1