# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SA CV03-0950 DOC(ANx)                                    Date   April 14, 2008

Title   ECHOSTAR SATELLITE CORPORATION, ET. AL., -V- NDS GROUP PLC, ET. AL.,

Present: The Honorable   David O. Carter, U.S. District Judge

| Kristee Hopkins | Jane Sutton Rule | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Chad Hagan | Darin Snyder |
| David Noll | Nathaniel Dilger |
| T. Wade Welch | Richard Stone |
| Christine Willetts | Kenneth Klein |
| | David Eberhart |

Proceedings:   EVIDENTIARY HEARING

     Matter is called for hearing.  Counsel state their appearances.  Witnesses James Shelton and Jan Saggiori called by plaintiffs sworn and testified.  Exhibits identified and admitted.  Court concludes hearing and will issue ruling in writing.

    2   :   40

Initials of Preparer   kh