**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. SACV 03-0950 DOC (ANx)                                               Date: April 17, 2008

Title: EchoStar Satellite Corp., et al. v. NDS Group PLC, et al.

---

DOCKET ENTRY
   [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                             Date:_____   Deputy Clerk: _____

---

PRESENT:            THE HONORABLE DAVID O. CARTER, JUDGE

   Nancy Boehme                                             Not Present
   Courtroom Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

   NONE PRESENT                                             NONE PRESENT

---

PROCEEDING (IN CHAMBERS): Excluding Letter from Assistant United States Attorney James Spertus

   During the testimony of John Norris, Defense counsel sought to introduce a letter written by Assistant U.S. Attorney James Spertus indicating that the U.S. Attorney's office had insufficient evidence to continue pursuing case against NDS for publication of the EchoStar hack methodology on the internet.  This document would have the effect of "cleansing" NDS by showing that the U.S. Attorney believed that NDS was not responsible for the conduct alleged.

   However, the document is substantially more prejudicial than probative and the Court will exclude it under Federal Rule of Evidence 403.  The document has the potential to supplant the judgment of the jury with that of the U.S. Attorney's Office in 2004, a well-respected government agency.  It might also give the jury the impression that the U.S. Attorney's Office approved of NDS' conduct, although such an inference may be unwarranted. Additionally, the fact that the U.S. Attorney decided not to pursue the matter does not establish that the acts in question did not occur, it merely reflects a policy decision by a government agency.  There is no way of knowing what factors affected the decision to terminate the investigation.

Accordingly, the document will not be admitted into evidence.

The Clerk shall serve this minute order on all parties to the action.