## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV 03-0950 DOC (JTLx)            Date: April 30, 2008

Title: ECHOSTAR SATELLITE CORP., et al. v. NDS GROUP PLC, et al.

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                              Date:_____   Deputy Clerk: _____

PRESENT:

<u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

<u>Kristee Hopkins</u>                                   <u>Not Present</u>
Courtroom Clerk                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                              NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDERING ADDITIONAL BRIEFING

      Pursuant to an informal discussion of April 28, 2008, the parties are hereby ORDERED to submit supplemental briefing on the following issues by Wednesday April 30, 2008:

      1) the "last over act" doctrine as it applies to California and Federal claims

      2) the geographic scope of California Penal Code claims

Additionally, the parties shall submit supplemental briefing on the issue of whether the "unclean hands" doctrine applies by Thursday May 1, 2008.

      The Clerk shall serve this minute order on all parties to the action.