**ORIGINAL**

1  HOGAN & HARTSON L.L.P.
   Richard L. Stone (SBN 110022)
2  Kenneth D. Klein (SBN 85231)
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, CA 90067
   Telephone: (310) 785-4600
4  Facsimile: (310) 785-4601
   E-mail: rlstone@hhlaw.com
5  E-mail: kdklein@hhlaw.com

6  O'MELVENY & MYERS L.L.P.
   Darin W. Snyder (SBN 136003)
7  David R. Eberhart (SBN 195474)
   275 Battery Street, Suite 2600
8  San Francisco, CA 94111-3305
   Telephone: (415) 984-8700
9  Facsimile: (415) 984-8701
   E-mail: DSnyder@omm.com
10 E-mail: DEberhart@omm.com

11 Attorneys for Defendants
   NDS GROUP PLC and NDS AMERICAS, INC.
12

13
                    UNITED STATES DISTRICT COURT
14
                   CENTRAL DISTRICT OF CALIFORNIA
15
                        SOUTHERN DIVISION
16
   _____
17

18 ECHOSTAR SATELLITE CORP. et    )   Case No. SA CV 03-950 DOC (JTLx)
   al.,                           )
19                                )
        Plaintiffs and Counterclaim )
20      Defendants,               )   **REQUEST FOR JUDICIAL**
                                  )   **NOTICE**
21                                )
        v.                        )   Date:       April 30, 2008
                                  )   Time:
22 NDS GROUP PLC et al.,          )   Dept.:      Courtroom 9D
                                  )   Judge:      Hon. David O. Carter
23      Defendants and Counterclaim )
        Plaintiffs.               )
24 _____

25

26

27      Defendants NDS Group PLC and NDS Americas, Inc. ("NDS") hereby

28 request the Court to take judicial notice of the following documents and facts:

_____

**REQUEST FOR JUDICIAL NOTICE OF:**

**CERTIFIED RECORDS OF 1431916 ONTARIO INC.**

NDS requests that the Court take judicial notice of the following certified public records of the corporation 1431916 Ontario, Inc:

    **(a)**    **Articles of Incorporation**, dated July 26, 2000 (attached as **Exhibit A**)

    **(b)**    **Articles of Amendment**, dated February 27, 2002 (attached as **Exhibit B**)

    **(c)**    **Articles of Dissolution**, dated June 2, 2003 (attached as **Exhibit C**)[1]

The certification of these records is attached as Exhibit D.

Courts routinely take judicial notice of certificates of incorporation and publicly filed documents. *See, e.g., In re Teledyne Defense Contracting Derivative Litigation*, 849 F. Supp. 1369, 1383 (C.D. Cal. 1993) (stating that the Court may take judicial notice of a certificate of incorporation); *Shurkin v. Golden State Vintners, Inc.*, 2005 WL 1926620, *6 (N.D. Cal. August 10, 2005) (stating that district courts routinely take judicial notice of public documents such as certificates of incorporation). As certified copies of public records, they are self-authenticating and therefore admissible under Federal Rule of Evidence 902(4).

The records are also admissible to establish that they identify Michael Manieri as the director, owner, and incorporator of 1431916 Ontario Inc. *Cf. Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1551-53 (9th Cir. 1990) (corporate registration statement admissible to establish that plaintiff was successor to party to license agreement). They are admissible under the "catch-all" exception to the hearsay rule because they show circumstantial guarantees of trustworthiness and (1) are offered as evidence of a material fact, (2) are more probative on the point

---

[1] Copies of these documents were produced with the Bates numbers NDS167213 – NDS167223 when they were received.

\\\LA - 097141/000020 - 385328 v1

1  for which they are offered than any other evidence that NDS could procure through

2  reasonable efforts, and (3) their admission serves the general purposes of the rules of

3  evidence and the interests of justice.  *See id.* at 1552.

4

5

6  Dated: April 30, 2008                        HOGAN & HARTSON, LLP

7

8                                               By _____

9                                                  **Richard L. Stone**
                                                  Attorneys for Defendants NDS GROUP PLC
10                                                 and NDS AMERICAS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

\\\LA - 097141/000020 - 385328 v1

1

2   Dated:                              HOGAN & HARTSON, LLP

3

4                                       By _____

5
                                        Attorneys for
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

\\\LA - 097141/000020 - 385328 v1

# Exhibit A

For Ministry Use Only
À l'usage actuel du

Ontario Corporation Number
Numéro de la compagnie en
Ontario

**1431916**

Ministry of
Consumer and
Commercial Relations

Ministère de
la Consommation
et du Commerce

**CERTIFICATE**
This is to certify that these
articles are effective on

**CERTIFICAT**
Ceci certifie que les présents
statuts entrent en vigueur le

**JULY   26 JUILLET, 2000**

Director / Directeur
Business Corporations Act / Loi sur les sociétés par actions

| | | | | |
|---|---|---|---|---|
| A | B | C | A | 3 |

| | | |
|---|---|---|
| B | B | ONTARIO |

---

# ARTICLES OF INCORPORATION
## STATUTS CONSTITUTIFS

Form 1
Business
Corporations
Act,
1982
Formule
numéro 1
Loi de 1982
sur les
compagnies

1.  The name of the corporation is:        Dénomination sociale de la compagnie:

**1431916 ONTARIO INC.**

2.  The address of the registered office is:      Adresse du siège social:

**521 Dunlop St. West, Unit #8**

(Street & Number or R.R. Number & if Multi-Office Building give Room No.)
(Rue et numéro ou numéro de la R.R. et, s'il s'agit d'un édifice à bureaux, numéro du bureau)

**Barrie, Ontario**                                **L 4 M 4 S 4**

(Name of Municipality or Post Office)            (Postal Code
(Nom de la municipalité ou du bureau de poste)   /Code postal)

**Barrie**                         in                **Simcoe**
                                  dans le/la

(Name of Municipality, Geographical Township)    (County, District, Regional Municipality)
(Nom de la municipalité, du canton)              (Comté, district, municipalité régionale)

3.  Number (or minimum and maximum number) of     Nombre (ou nombres minimal et maximal)
    directors is:                                  d'administrateurs:

**Minimum of One (1) and Maximum of Two (2).**

4.  The first director(s) is/are:                 Premier(s) administrateur(s):

| First name, initials and surname<br>Prénom, initiales et nom de | Residence address, giving street & No. or R.R. No. in<br>municipality and postal code.<br>Adresse personnelle, y compris la rue et le numéro, le<br>numéro de la R.R. ou, le nom de la municipalité et le code | Resident<br>Canadian<br>State.<br>Yes or No<br>Résident<br>Canadien<br>Oui/Non |
|---|---|---|
| Michael Manieri | 8 Somerset Blvd. Box 212<br>Oro Station, Ontario<br>L0L 2E0 | Yes |

The Legal Index Inc.

CBR-62

5.    Restrictions, if any, on business the          Limites, s'il y a lieu, imposées aux activités
corporation may carry on or on powers the          commerciales ou aux pouvoirs de la compagnie.
corporation may exercise.

**NONE**

6.    The classes and any maximum number of          Catégories et nombre maximal, s'il y a lieu,
shares that the corporation is authorized to issue.   d'actions que la compagnie est autorisée à
                                                      émettre:

(a)  An unlimited number of common shares
     without nominal or par value;
(b)  An unlimited number of preference shares
     without nominal or par value.

7.  Rights, privileges, restrictions and conditions (if any) attaching to each class of shares and directors authority with respect to any class of shares which may be issued in series:

*Droits, privilèges, restrictions et conditions, s'il y a lieu, rattachés à chaque catégorie d'actions et pouvoirs des administrateurs relatifs à chaque catégorie d'actions qui peut être émise en série:*

**NOT APPLICABLE**

8.  The issue, transfer or ownership of shares is/is    L'émission, le transfert ou la propriété d'actions
not restricted and the restrictions (if any) are as     est/n'est pas restreinte.  Les restrictions, s'il y a
follows:                                                 lieu, sont les suivantes:

The right to transfer shares of the Corporation
shall be restricted in that no shares shall be
transferred without:

    (a)   the previous consent of the directors
          of the Corporation expressed by a
          resolution passed by the Board of
          Directors or by an instrument or
          instruments in writing signed by a
          majority of the directors; or

    (b)   the previous consent of the holders of
          at least 51% of the shares for the time
          being outstanding expressed by
          resolution passed by the shareholders
          or by an instrument or instruments in
          writing signed by such shareholders.

9. Other provisions, if any, are: _____ autres dispositions, s'il y a lieu:

**NONE**

The Legal Index Inc.

CBR-62

**10. The names       addresses of the incorporators are**
*Nom et adresse des fondateurs*

Full residence address or address of registered office or of principle place of business giving street & No. or R.R. No., municipality and postal code.
*Adresse personnelle au complet, adresse du siege social ou adresse de l'etablissement principal, y compris la rue et le numero, le numero de la R.R., le nom de la municipalite et le code postal*

**First name, initials and surname or corporate name**
*Prenom, initials et nom de famille ou denomination sociale*

| | |
|---|---|
| Michael Manieri | 8 Somerset Blvd. Box 212<br>Oro Station, Ontario<br>L0L 2E0 |

These articles are signed in duplicate          *Les presents statuts sont signes en double exemplaire.*

Signatures of incorporators
*(Signature des fondateurs)*

Michael Manieri

# Exhibit B



For Ministry Use Only
À l'usage exclusif du ministère

Ministry of Consumer and Ontario Business Services

CERTIFICATE
This is to certify that these articles are effective on

Ministère des Services aux consommateurs et aux entreprises

CERTIFICAT
Ceci certifie que les présents status entrent en vigueur le

FEBRUARY 27 FÉVRIER, 2002

Director / Directrice
Business Corporations Act / Loi sur les sociétés par actions

Ontario Corporation Number
Numéro de la société en Ontario

1431916

1.

---

Form 3
Business
Corporations
Act

Formule 3
Loi sur les sociétés par actions

**ARTICLES OF AMENDMENT**
**STATUTS DE MODIFICATION**

1. The name of the corporation is:          Dénomination sociale de la société:

| 1 | 4 | 3 | 1 | 9 | 1 | 6 |   | O | N | T | A | R | I | O |   | I | N | C | . |   |   |   |   |   |   |   |   |

2. The name of the corporation is changed to (if applicable):          Nouvelle dénomination sociale de la société (s'il y a lieu):

3. Date of incorporation/amalgamation:          Date de la constitution ou de la fusion:

2000, JULY, 26

(Year, Month, Day)
(année, mois, jour)

4. The articles of the corporation are amended as follows:          Les statuts de la société sont modifiés de la façon suivante.

Section 9 - Other Provision

The word 'None' is deleted.

The following is added:

(a) The number of shareholders of the Corporation, exclusive of persons who are in it's employment and exclusive of persons who, having been formerly in the eployment of the Corporation, were, while in that employment, and have continued after the termination of that employment to be, shareholders of the Corporation, is limited to not more than 50, 2 or more persons who are the joint registered owners of one or more shares being counted as one shareholder.

(b) Any invitation to the public to subscribe for securities of the Corporation is prohibited.

DYE & DURHAM
Corporation
Forms-On-Disk

CBR 173

2.

Form 3
Business
Corporations
Act

Formule 3
Loi sur les
sociétés par
actions

5. The amendment has been duly authorized as required by Sections 168 & 170 (as applicable) of the Business Corporations Act.

*La modification a été dûment autorisée conformément aux articles 168 et 170 (selon le cas) de la Loi sur les sociétés par actions.*

6. The resolution authorizing the amendment was approved by the shareholders/directors (as applicable) of the corporation on

*Les actionnaires ou les administrateurs (selon le cas) de la société ont approuvé la résolution autorisant la modification le*

(Year, Month, Day)
*(année, mois, jour)*

These articles are signed in duplicate.

*Les présents status sont signés en double exemplaire.*

1431916 ONTARIO INC.

(Name of Corporation)
*(Dénomination sociale de la société)*

By:/Par:                                        DIRECTOR

(Signature)                      (Description of Office)
*(Signature)*                      *(Fonction)*

DYE & DURHAM
Corporation
Forms-On-Disk

CBR 173

## RESOLUTIONS OF THE SOLE DIRECTOR

**of**

**_1431916 ONTARIO INC._**

(hereinafter called the "Corporation")

The undersigned, being the sole director of the Corporation, hereby consents, pursuant to the Business Corporations Act, to the following resolutions:

RESOLVED that the attached 'Articles of Amendment' amending paragraphs 9 is hereby approved for submission to the Ministry.

DATED the      day of

_____
Michael Manieri

# Exhibit C



A l'usage exclusif du Ministère

Ministry of
Consumer and
Ontario Business Services

**CERTIFICATE**
This is to certify that these articles are effective on

Ministère des Services
aux consommateurs
et aux entreprises

**CERTIFICAT**
Ceci certifie que les présents statuts entrent en vigueur le

**JUNE   02   JUIN,   2003**

Director / Directrice
Business Corporations Act / Loi sur les sociétés par actions

Ontario Corporation Number
*Numéro de la société en Ontario*

1431916

Form 10
Business
Corporations
Act

*Formule 10
Loi sur les
sociétés par
actions*

**ARTICLES OF DISSOLUTION**
*STATUTS DE DISSOLUTION*

1. The name of the corporation is:    Dénomination sociale de la société:

| 1 | 4 | 3 | 1 | 9 | 1 | 6 |   | O | N | T | A | R | I | O |   | I | N | C | . |   |   |   |   |

2. Date of incorporation/amalgamation:    Date de la constitution ou de la fusion:

**2000, JULY 26**

(Year, Month, Day)
(année, mois, jour)

3. The dissolution has been duly authorized under clause 237(a) or (b) (as applicable) of the Business Corporations Act.

*La dissolution de la société a été dûment approuvée aux termes de l'alinéa 237(a) ou (b) (les cas échéant) de la Loi sur les sociétés par actions.*

4. The corporation has,
(A) no debts, obligations, or liabilities;
(B) duly provided for its debts, obligations or liabilities in accordance with subsection 238(3) of the Business Corporations Act;
(C) obtained consent to its dissolution from its creditors or other persons having interests in its debts, obligations or liabilities.

*La société, selon le cas:*
*(A) n'a ni dettes, ni obligations, ni passif;*
*(B) a pourvu à ses dettes, à ses obligations ou à son passif conformément au paragraphe 238(3) de la Loi sur les sociétés par actions;*
*(C) a obtenu de ses créanciers ou des autres intéressés à ses dettes, ses obligations ou à son passif, le consentement à sa dissolution.*

5. After satisfying the interests of creditors in all its debts, obligations, and liabilities, if any, the corporation has,
(A) no property to distribute among its shareholders; or
(B) distributed its remaining property rateably among its shareholders according to their rights and interests in the corporation or in accordance with subsection 238(4) of the Business Corporations Act where applicable.

*Après avoir désintéressé tous ses créanciers s'il y a lieu, la société, selon le cas:*
*(A) n'a plus de biens à répartir entre ses actionnaires;*
*(B) a réparti les biens qui lui restaient entre ses actionnaires au prorata de leurs droits dans la société ou conformément au paragraphe 238(4) de la Loi sur les sociétés par actions, s'il y a lieu.*

6. There are no proceedings pending in any court against the corporation.

*Aucune instance n'est en cours contre la société.*

DYE & DURHAM
Corporation
Forms-On-Disk

CBR 185

2.

7. The corporation has obtained the consent of the Corporations Tax Branch of the Ministry of Finance to the dissolution and has filed all notices and returns required under the Corporations Information Act.

*La Direction de l'imposition des corporations du ministère des Finances a approuvé la dissolution de la société. La société a déposé tous les avis requis par la Loi sur les renseignements exigés des personnes morales.*

These articles are signed in duplicate.

*Les présents status sont signés en double exemplaire.*

**Form 10
Business
Corporations
Act**

*Formule 10
Loi sur les
sociétés par
actions*

1431916 ONTARIO INC.
(Name of Corporation)
*(Dénomination sociale de la société)*

By:/Par: _____  DIRECTOR
(Signature)                          (Description of Office)
*(Signature)*                        *(Fonction)*

DYE & DURHAM
Corporation
Forms-On-Disk

CBR 1R5

**Exhibit D**







**Ontario**

**Ministry of Government Services**

Registration Division
Companies and Personal
Property Security Branch
393 University Ave., Suite 200
Toronto ON  M5G 2M2

**Ministère des Services gouvernementaux**

Division de l'enregistrement
Direction des compagnies et
des sûretés mobilières
393, av. University, bureau 200
Toronto ON  M5G 2M2

Certified as a true copy of ...... Copie certifiée conforme de ......
microfiche(s) from the records of the microfiches extraites des dossiers
Companies and Personal Property de la Direction des compagnies
Security Branch of the Province of et des sûretés mobilières de la
Ontario. Province de l'Ontario.
Certified on Copie certifiée conforme

AVR
APR  2 2 2009

Director
Companies and Personal
Property Security Branch
Ministry of
Government Services
Toronto, Ontario

Directrice
Direction des compagnies et
des sûretés mobilières
Ministère des
Services gouvernementaux
Toronto, Ontario

071028 (09/2006)

