DARIN W. SNYDER (S.B. #136003)
DAVID R. EBERHART (S. B. #195474)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-mail: dsnyder@omm.com
E-mail: deberhart@omm.com

RICHARD L. STONE (S. B. #110022)
KENNETH D. KLEIN (S.B. #85231)
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90047
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
E-mail: rlstone@hhlaw.com
E-mail: kdklein@hhlaw.com

ATTORNEYS FOR DEFENDANTS
NDS GROUP PLC AND NDS AMERICAS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ECHOSTAR SATELLITE CORP., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NDS GROUP PLC, *et al.*,<br><br>Defendants. | Case No. SA CV 03-950 DOC (JTLx)<br><br>**DECLARATION OF RANDOLPH GAW IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* LIMITING SCOPE OF PLAINTIFFS' EXAMINATION OF DR. ABRAHAM PELED**<br><br>Date: May 6, 2008<br>Time: 8:00 a.m.<br>Dept: Judge David Carter<br>Courtroom 9D |

1   I, Randolph Gaw, declare and state as follows:

2       1.    I am a member of the Bar of the State of California and am a counsel at the law firm O'Melveny & Myers LLP, attorneys for defendants, NDS Group PLC and NDS Americas Inc. (collectively hereinafter, "NDS") in the above-captioned litigation. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so under oath.

3       2.    Attached as Exhibit A to this declaration is a true and correct copy of excerpts from the deposition of Abraham Peled taken on April 30, 2008.

4       3.    Attached as Exhibit B to this declaration is a true and correct copy of excerpts from the trial testimony of Reuven Hasak taken on May 1, 2008.

I declare under penalty of perjury under the laws of The United States of America that the foregoing is true and correct. Executed on the 5th day of May, 2008 at Newport Beach, California.

*Randolph Gaw*

SF1:714438.1