# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION


ECHOSTAR SATELLITE CORP.,      )
et al.,                        )
                               )
            Plaintiff,         )
                               )
        vs.                    )  Case No.
                               )  SACV03-950DOC(JTLX)
NDS GROUP, PLC, et al.,        )
                               )
            Defendants.        )
_____)



HIGHLY CONFIDENTIAL

DEPOSITION OF ABRAHAM PELED, PH.D.

SANTA ANA, CALIFORNIA

WEDNESDAY, APRIL 30, 2008


REPORTED BY:  LINDA D. WHITE

        CSR No. 12009

1       Q.    And you don't recall that individual's name?

2       A.    Escapes me.  I would have to look him up.

3       Q.    Okay.  Now did you have involvement with the

4  day-to-day operations of the Haifa Research Center?

5       A.    No.

6       Q.    Okay.  So Mr. Shen-or reported to you?

7       A.    No.

8       Q.    He did not?

9       A.    No.

10      Q.    Who did he report to?

11      A.    He reported to the head of R & D.

12      Q.    And who was that?

13      A.    Yossi Tsuria.

14      Q.    How do you spell that?

15      A.    Y-O-S-S-I; T-S-U-R-I-A.

16      Q.    So I want to make sure I got the chain of

17 command right.  So we have you at the top, correct?

18      A.    Correct.

19      Q.    And if we talk about '97 time period when

20 Mr. Shen-or was involved, directly under you was --

21      A.    Yossi Tsuria.

22      Q.    And directly under Tsuria --

23      A.    Chaim Shen-or.

24      Q.    And then who was directly under Mr. Shen-or?

25      A.    A number of engineers.

1    Q.    So at that point, did the reporting structure

2 split up at that point?

3    A.    What do you mean.

4    Q.    Different groups.

5    A.    I believe it was all flat.  They all reported

6 to Chaim.

7    Q.    Let's do it this way:  If we talk about '97,

8 we got you as the CEO?

9    A.    Uh-huh.

10    Q.    It's NDC still at that point, not NDS?

11    A.    '97 was probably already NDS.

12    Q.    It's NDS.  What was Yossi Tsuria' title?

13    A.    He was vice president for R & D NDS Israel

14 Technologies, NDS Technologies Israel.

15    Q.    Okay.  And Mr. Shen-or's title?

16    A.    Manager of Haifa lab.

17    Q.    That would be HRC, Haifa Research Center?  I

18 think we already established that.

19         Okay.  Who reported directly to Mr. Shen-or?

20    A.    Well there were a number of engineers and

21 technicians.  I know Skhedy was there.  Mordinson -- I

22 don't remember all the names of the people that were

23 there.  Approximately five or six.

24    Q.    How many people worked -- if we talk about

25 1997, how many people worked in the Haifa lab?

Page 113

1    A.    No.

2    Q.    Mr. Kommerling take notes?

3    A.    I don't recall seeing him take notes.

4    Q.    Okay.  So during this dinner, you're having a
5 discussion with Mr. Kommerling about piracy of
6 conditional access systems, correct?

7    A.    He brought up the fact that he believed that
8 Chris Tarnovsky posted the Canal Plus code.

9    Q.    And what was his basis for telling you that?
10 Did he tell you?

11    A.    He told me that Chris Tarnovsky told him when
12 they had a big fight.

13    Q.    Tell me as much as you remember about this
14 conversation with Mr. Kommerling.

15    A.    Well, it was pretty much that brief.

16    Q.    That just five minutes or less?

17    A.    On this topic, yes.

18    Q.    So he tells you that Mr. Tarnovsky posted the
19 Canal Plus code?

20    A.    Right.

21    Q.    And he told you that Mr. Tarnovsky was
22 untrustworthy?

23    A.    Yes.

24    Q.    And at that point in time, if Mr. Kommerling
25 told you that Mr. Tarnovsky had posted Canal Plus code,

1 activities.

2       A.    Well, this was all way before I arrived to

3 NDS, and all I learned about Mr. Klinger was in

4 discussions with counsel.

5       Q.    Well, you got to NDS in '95, correct?

6       A.    Yes.

7       Q.    And there was a tax raid on NDS in '96,

8 correct?

9       A.    Yes.

10      Q.    That tax raid related to Mr. Klinger, didn't

11 it?

12      A.    Yes.

13      Q.    So you would actually have some knowledge

14 yourself about it, outside of just lawyers, wouldn't

15 you?

16      A.    In terms of discussions about Mr. Klinger, I

17 only discussed it with lawyers.

18      Q.    Did you have any conversations at all about

19 Mr. Klinger and the allegations related to Mr. Klinger?

20      A.    With lawyers.

21      Q.    Just with lawyers?  You didn't talk to

22 Mr. Hazac about it?

23      A.    About the allegations?

24      Q.    Yes.

25      A.    With Mr. Hazac -- we retained Mr. Hazac in

1 order to -- it was part of that affair, but I did not

2 discuss Mr. Klinger with him.

3      Q.   Okay.  You say you retained him as part of

4 that affair.

5           Was that you retained Mr. Hazac to work for

6 NDS because of the tax raid?

7      A.   No.

8      Q.   Let me -- let's go ahead -- why did you retain

9 Mr. Hazac?

10     A.   I first retained Mr. Hazac because I was going

11 to fire what was then the general manager of the

12 operations in Israel, and I needed to ensure that there

13 would be no possibility of him causing any damage to the

14 ongoing operation of NDS.  And Mr. Hazac provided

15 security for that meeting and prior to that.

16     Q.   Who was the general manager of NDS Israel that

17 you were going to have to fire?

18     A.   Meir Matitiahu.

19     Q.   Would you spell that for us?

20     A.   Meir, M-E-I-R; Matitiahu, M-A-T-I-T-I-A-H-U.

21     Q.   It's a mouthful.  So he was the general

22 manager in 1995 and '96?

23     A.   '95.

24     Q.   '95.  Okay.

25           And why was Mr. -- I will let you say it.

Page 143

1    A.   Meir.  You can say Meir.

2    Q.   Meir.  There we go.  It sounds like mayor,

3 mayor of the city.

4        Why was Meir fired?

5    A.   For fraud.

6    Q.   What type of fraud?

7    A.   He colluded with Klinger to force NDS to use a

8 sole supplier for Smart cards who was overcharging NDS

9 for that.

10    Q.   Okay.  So you had Mr. Klinger that was one of

11 the founders of NDS, correct?

12    A.   Yes.

13    Q.   And he was forced out of NDS?

14    A.   He was bought out, I believe.

15    Q.   He was bought out.  Okay.

16        And then you have the general manager of NDS,

17 Mr. Meir, correct?

18    A.   Yes.

19    Q.   And Meir and Klinger, Mr. Michael Klinger,

20 were involved in defrauding NDS?

21    A.   Yes.

22    Q.   So you had the general manager of NDS that was

23 involved in defrauding NDS?

24    A.   The general manager of NDS Israel at that

25 time.

1         I further certify that I am not a relative or

2    employee or attorney or counsel of any of the parties,

3    nor am I a relative or employee of such attorney or

4    counsel, nor am I financially interested in the outcome

5    of this action.

6

7         IN WITNESS WHEREOF, I have subscribed my name

8    this 1st day of May            , 2008.

9

10

11   _____

12   LINDA D. WHITE, CSR No. 12009

13

14

15

16

17

18

19

20

21

22

23

24

25