DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
DAVID R. EBERHART (S.B. #195474) – deberhart@omm.com
O'MELVENY & MYERS LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

RICHARD L. STONE (S.B. #110022) – rlstone@hhlaw.com
KENNETH D. KLEIN (S.B. #85231) – kdklein@hhlaw.com
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Attorneys for Defendants
NDS GROUP PLC and
NDS AMERICAS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ECHOSTAR SATELLITE CORP., *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>NDS GROUP PLC, *et al.*,<br><br>                Defendants. | Case No. SA CV 03-950 DOC(JTLx)<br><br>**DEFENDANTS' [PROPOSED] QUESTIONS FOR JUROR NO. 1 AND FOR KRISTEE HOPKINS**<br><br>Date:    May 15, 2008<br>Time:    8:00 a.m.<br>Place:   Courtroom 9D<br>Judge:   Hon. David O. Carter |

Set forth below are the proposed questions for the examinations of Juror No. 1 and Kristee Hopkins that Defendants provided to the Court at approximately 3:15 P.M. on May 14, 2008.

**I.    Questions for Ms. Kristee Hopkins**

- At what time did you learn that Juror #1, Ms. Harris, was trying to get into the courtroom on Tuesday?
- What communication did you have with Juror #1, Ms. Harris, when she was trying to get into the courtroom?
- Did she tell you that the jurors were waiting outside to be let into the deliberation room?
- After that communication, what did you see Juror #1, Ms. Harris, do?
- What communications did you see Juror #1, Ms. Harris, have with plaintiffs' counsel or representatives?
    - With which counsel or representatives?
- When did you report that communication to the Court?
- Did plaintiffs' counsel report to you their communication with Ms. Harris?
    - If so, when?
- What did plaintiffs' counsel report to you?
- When did you report that communication to the Court?
- When did the jury advise you they had reached a verdict?

**II.    Questions for Juror #1, Ms. Harris**

- What communication did you have with plaintiffs' representatives or counsel Tuesday?
- Who initiated those communications?
- When were those communications?
- For each of those communications you had with plaintiffs' counsel or representatives Tuesday, what did you say to them and what did they

1     say to you?

2   • What did you do after those communications?

3   • Did you tell anyone about those communications?

4   • Did you communicate with Ms. Kristee Hopkins Tuesday before the

5     deliberations began?

6   • What did you say to her, and what did she say to you?

7   • Did you tell her that the jurors were waiting outside to be let into the

8     deliberation room?

9   • What did you do then?

10  • After you were told that the jury was assembling downstairs, did you

11    have any other communications with plaintiffs' representatives or

12    counsel on Tuesday?

13  • Was Tuesday morning the first time you had communicated with

14    plaintiffs' representatives or counsel?

15  • What communications did you have with plaintiffs' counsel or

16    representatives before Tuesday?

17    o   When were they?

18    o   Who were they with?

19    o   And what was the substance of those communications?

20  • Have you learned of any communications between any other juror and

21    plaintiffs' counsel or representatives?

22  • What time did the jury reach a verdict on Tuesday?

23  //

24  //

25  //

26

27

28

DEFS' [PROPOSED] QUESTIONS FOR JUROR
#1 AND KRISTEE HOPKINS;
– SA CV 03-950 DOC(JTLx)

1

Dated:   May 15, 2008                    DARIN W. SNYDER
                                         DAVID R. EBERHART
2                                        O'MELVENY & MYERS LLP

3

4                                        By:   /s/ Darin W. Snyder
                                               Darin W. Snyder
5                                        Attorneys for Defendants NDS GROUP
                                         PLC and NDS AMERICAS, INC.
6

7    SF1:715710.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFS' [PROPOSED] QUESTIONS FOR JUROR
                                         #1 AND KRISTEE HOPKINS;
                                         – SA CV 03-950 DOC(JTLx)