DARIN W. SNYDER (S.B. #136003)
DAVID R. EBERHART (S.B. #195474)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

RICHARD L. STONE (S.B. #110022)
KENNETH D. KLEIN (S.B. #85231)
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
E-mail: rlstone@hhlaw.com
E-mail: kdklein@hhlaw.com

Attorneys for Defendants
NDS GROUP PLC and NDS AMERICAS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ECHOSTAR SATELLITE CORP., *et al.*,<br><br>   Plaintiffs and Counterclaim Defendants,<br><br>       v.<br><br>NDS GROUP PLC, *et al.*,<br><br>   Defendants and Counterclaim Plaintiffs. | Case No. SA CV 03-950 DOC(JTL)<br><br>**[PROPOSED] ORDER CLARIFYING PERMANENT INJUNCTION**<br><br>Hearing Date: November 17, 2008<br>Time:         8:30 a.m.<br>Place:        Courtroom 9D |

# [PROPOSED] ORDER

Defendants NDS Group PLC and NDS Americas, Inc.'s (collectively, "NDS") Motion to Clarify Permanent Injunction came before this Court on November 17, 2008.

After considering the papers submitted by the parties, the pleadings in this case, the supporting and opposing affidavits, and all arguments and other evidence properly submitted to the Court, and for the reasons advanced by NDS, the Court has found that the Permanent Injunction entered by the Court on October 15, 2008 (docket #1135), shall be amended to clarify that (i) NDS's actions in connection with law enforcement activities and anti-piracy civil litigation efforts do not violate the permanent injunction and (i) the permanent injunction applies only to "knowing and willful" conduct.

**IT IS HEREBY ORDERED** that the Permanent Injunction shall be amended as follows:

NDS Group, PLC, its parents, subsidiaries, partners, joint venturers, or other associated entities, their assigns, successors, trustees, receivers, or any of their owners, principals, officers, directors, executives, employees, contractors, consultants, agents, attorneys, or anyone acting in concert with any of them, or anyone else with notice of this Order, is hereby ENJOINED AND PROHIBITED from engaging in any of the following or assisting others in any of the following unless done in connection with a law enforcement investigation or a potential or filed civil action:

1. Intercepting or receiving, anywhere in the United States, or assisting anyone in the United States in intercepting or receiving, EchoStar's satellite television signal without authorization;

2. In the State of California, for the purpose of intercepting or using EchoStar's signal, knowingly and willfully making an unauthorized connection to EchoStar's satellite television system, knowingly and

| | | |
|---|---|---|
| 1 | | willfully connecting or assisting another in connecting an unauthorized |
| 2 | | device to EchoStar's satellite television system, knowingly and |
| 3 | | willfully making unauthorized modifications to an authorized device, |
| 4 | | or knowingly and willfully obtaining and using an unauthorized device |
| 5 | | to gain access to EchoStar's signal; or |
| 6 | 3. | Knowingly and willfully manufacturing, assembling, or possessing a |
| 7 | | device, in the State of California, designed to decode EchoStar's signal |
| 8 | | without authorization. |

Dated:_____

                                                                _____
                                                                 HONORABLE DAVID O. CARTER
                                                                 U.S. District Judge

SF1:732131.1

[PROPOSED] ORDER CLARIFYING PERMANENT INJUNCTION