1  Submitted Jointly:

2  Submitting counsel identified on accompanying signature pages

NOTE: CHANGES MADE BY THE COURT

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **SOUTHERN DIVISION**

11

12  ECHOSTAR SATELLITE CORP., et al.,

Case No. SA CV 03-950 DOC (JTLx)

13    Plaintiffs and Counterclaim Defendants,

**ORDER ON JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF HEARINGS ON THE PARTIES' MOTIONS FOR ATTORNEY'S FEES AND COSTS AND ON NDS'S MOTION TO CLARIFY PERMANENT INJUNCTION**

14

15    v.

16  NDS GROUP PLC, et al.,

17    Defendants and Counterclaim Plaintiffs.

18

19

20

21  NOTE: CHANGES MADE BY THE COURT

22

23

24

25

26

27

28

**Order on Joint Stipulation Re: Hearings on Attorney's Fees and Costs Motions and Motion for Clarification**

**ORDER**

FOR GOOD CAUSE SHOWN, it is hereby ORDERED that the above Joint Stipulation is GRANTED and the hearings on the following motions presently set for December 8, 2008 are hereby continued to **January 12, 2009 at 8:30 a.m.**:

1. EchoStar's Motion for Attorneys' Fees and Full Costs [Docket # 1139];
2. NDS's Motion for Reasonable Attorney's Fees and Costs [Docket # 1137];
3. Motion for Recovery of Attorney's Fees for Individual Defendants John Norris, Christopher Tarnovsky, and George Tarnovsky [Docket # 1142];
4. Defendant Stanley Frost's Motion for Reasonable Attorney's Fees [Docket # 1143]; and
5. NDS's Motion to Clarify Permanent Injunction [Docket # 1140].

It is further ORDERED that the reply in support of Stanley Frost's Motion for Recovery of Attorney's Fees shall be served and filed on or before December 1, 2008.

**IT IS SO ORDERED.**

Dated: December 1, 2008

_____
DAVID O. CARTER
United States District Court Judge