1  Submitted Jointly:

2  Submitting counsel identified on accompanying signature pages

3

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| ECHOSTAR SATELLITE CORPORATION, et al., | CASE NO. SACV 03-950 DOC (JTLx) |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION TO STAY ENFORCEMENT OF DECEMBER 4, 2008 ORDER ON ATTORNEY'S FEES AND EXTEND TIME TO APPEAL** |
| v. | |
| NDS GROUP PLC, et al., | |
| Defendants. | |

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, it is hereby ORDERED that the Stipulation to Stay Enforcement of the December 4, 2008 Order Granting, In Part, Motion to Clarify Permanent Injunction and Granting, In Part, Motions for Attorney's Fees (the "Attorney's Fees Order") and Extend Time to Appeal is hereby GRANTED. The Court hereby:

1. Stays all proceedings to enforce or execute the attorney's fees awards in the Attorney's Fee Order until 30 days after the Court enters Judgment for this action.

2. Extends the time for the parties to file a notice of appeal regarding the attorney's fees awards in the Attorney's Fee Order for 30 days after the Court enters Judgment for this action.

3. Confirms that the parties have 30 days after the Court enters Judgment for this action to file a notice of appeal regarding the jury verdict.

**IT IS SO ORDERED.**

Dated: December ___, 2008

_____
The Honorable David O. Carter
United States District Court Judge

SF1:750883.1