Submitted Jointly:

Submitting counsel identified on accompanying signature pages

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

ECHOSTAR SATELLITE CORP., et al.,

    Plaintiffs/Counterclaim Defendants,

v.

NDS GROUP PLC, et al.,

    Defendants/Counterclaim Plaintiffs.

No. SA CV 03-950 DOC(JTLx)

**JOINT FINAL JUDGMENT**

Courtroom: 9D
Judge: Hon. David O. Carter

NOTE: CHANGES MADE BY THE COURT

On April 9, 2008 a jury trial in this matter commenced and was concluded on May 7, 2008. The jury reached a verdict in this case on May 13, 2008, which was accepted by the Court on May 15, 2008, finding in favor of Plaintiffs EchoStar Communications Corporation, EchoStar Satellite L.L.C. f/k/a EchoStar Satellite Corporation, EchoStar Technologies Corporation (collectively "EchoStar"), and Plaintiff NagraStar L.L.C. ("NagraStar", collectively with EchoStar, "Plaintiffs") and against Defendants NDS Group PLC and NDS Americas, Inc. (collectively "NDS") on Plaintiffs' claims under the Communications Act, 47 U.S.C. § 605(a),

**Final Judgment**

and the California Penal Code §§ 593d(a) and 593e(b), and on Defendants NDS's counterclaim against Plaintiffs under the California Uniform Trade Secrets Act, California Civil Code § 3426.  The jury found in favor of NDS on Plaintiffs' claims for violations of the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201(a)(1) and 1201(a)(2), and the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1962(c).  Plaintiffs' claim for violation of California Business and Professions Code § 17200 was submitted to the Court for determination.  After consideration of the evidence, the Court found in favor of Plaintiffs and held that NDS violated section 17200 of the California Business and Professions Code and entered a permanent injunction against NDS [Docket No. 1135].

Both the Communications Act and California Penal Code provide that Plaintiffs may elect between actual damages and statutory damages.  Plaintiffs elected to recover statutory damages under the Communications Act, 47 U.S.C. § 605(a), and California Penal Code § 593e(b).  Plaintiffs elected to recover actual damages under California Penal Code § 593d(a), which are to be trebled pursuant to statute.

On December 4, 2008, this Court issued an Order [Docket No. 1191] modifying the permanent injunction against NDS and awarding to Plaintiffs EchoStar and NagraStar reasonable attorney's fees of $12,972,547.91 such reasonable costs as will be awarded by the Clerk from Defendants NDS.  The Court also awarded to Defendants NDS reasonable attorney's fees of $8,968,118.90 and no costs from Plaintiffs.

The Court additionally declined to grant attorney's fees to Defendants John Norris, Christopher Tarnovsky, George Tarnovsky, and Stanley Frost.

Therefore, Final Judgment is hereby rendered as follows:

1.    Plaintiffs EchoStar and NagraStar recover the sum of $1,500.00 in statutory damages from Defendants NDS.

2. In addition to the above amounts, Plaintiff EchoStar recovers $137.07 in damages from Defendants NDS.

3. In addition to the above amounts, Plaintiff EchoStar recovers restitution in the amount of $284.94 from Defendants NDS.

4. In addition to the above amounts, Plaintiffs EchoStar and NagraStar recover $12,972,547.91 in reasonable attorney's fees and such reasonable costs as will be awarded by the Clerk from Defendants NDS.

5. Defendant NDS Group, PLC, its parents, subsidiaries, partners, joint venturers or other associated entities, their assigns, successors, trustees, receivers, or any of their owners, principals, officers, directors, executives, employees, contractors, consultants, agents, attorneys, or anyone acting in concert with any of them, or anyone else with notice of this Order is hereby ENJOINED AND PROHIBITED from engaging in any of the following or assisting others in any of the following:

> (1) Intercepting or receiving, anywhere in the United States, or assisting anyone in the United States, in intercepting or receiving, EchoStar's satellite television signal without authorization;
>
> (2) In the State of California, for the purpose of intercepting or using EchoStar's signal, knowingly and willfully making an unauthorized connection to EchoStar's satellite television system, knowingly and willfully connecting or assisting another in connecting an unauthorized device to EchoStar's satellite television system, knowingly and willfully making unauthorized modifications to an unauthorized device, or knowingly and willfully obtaining and using an unauthorized device to gain access to EchoStar's signal; and

**Final Judgment**

- 3 -

    (3) Knowingly and willfully manufacturing, assembling, or possessing a device, in the State of California, designed to decode EchoStar's signal without authorization.

6. Defendants NDS recover reasonable attorney's fees in the amount of $8,968,118.90 and no costs from Plaintiffs EchoStar and NagraStar.

7. Defendants John Norris, Christopher Tarnovsky, George Tarnovsky, and Stanley Frost shall not recover attorney's fees or costs in any amount.

8. Post-judgment interest is payable on all of the above amounts allowable by law at the rate of to be determined by the Clerk (the rate applicable to post-judgment interest on the date of entry of this judgment pursuant to 28 USC § 1961, calculated daily and compounded annually, from the date this judgment is entered until the date this judgment is satisfied).

9. The Court ORDERS execution of this judgment is hereby stayed for thirty (30) days following entry of this judgment.

10. The Court denies all relief not granted in this judgment.

11. This is a FINAL JUDGMENT.

**IT IS SO ORDERED.**

Dated:_February 13, 2009_____ _____*/s/ David O. Carter*_____
                DAVID O. CARTER
              United States District Court Judge

| | |
|---|---|
| | **T. WADE WELCH & ASSOCIATES** |
| Dated: February 2, 2009 | By: /s/ T. Wade Welch<br>T. Wade Welch (*pro hac vice*)<br>2401 Fountainview, Suite 700<br>Houston, Texas 77057<br>Telephone:  (713) 952-4334<br>Facsimile:   (713) 952-4994 |

Additional Counsel:

**T. WADE WELCH & ASSOCIATES**
Chad M. Hagan (*pro hac vice*)
David M. Noll (*pro hac vice*)
Christine D. Willetts (*pro hac vice)*
2401 Fountainview, Suite 700
Houston, Texas 77057
Telephone:  (713) 952-4334
Facsimile:   (713) 952-4994

**DLA PIPER US LLP**
Brendan E. Starkey (State Bar No. 240912)
Cynthia A. Ricketts (*pro hac vice*)
1999 Avenue of the Stars, 4th Floor
Los Angeles, CA 90067
Telephone: (310) 595-3031
Facsimile: (310) 595-3331

Attorneys for Plaintiffs
ECHOSTAR SATELLITE L.L.C.,
ECHOSTAR COMMUNICATIONS
CORPORATION, ECHOSTAR
TECHNOLOGIES CORPORATION, AND
NAGRASTAR L.L.C.

| | |
|---|---|
| 1 | **O'MELVENY & MYERS LLP** |
| 2 | |
| 3 | Dated:  February 2, 2009        By: /s/ Darin W. Snyder |
| 4 | Darin W. Snyder (State Bar # 136003) |
|   | David R. Eberhart (State Bar # 195474) |
| 5 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center |
| 6 | Suite 2800 |
|   | San Francisco, California 94111-3305 |
| 7 | Telephone:  (415) 984-8700 |
|   | Facsimile:   (415) 984-8701 |

Michael G. Yoder (State Bar # 83059)
Nathaniel L. Dilger (State Bar # 196203)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone:  (949) 760-9600
Facsimile:  (949) 823-6994

Richard L. Stone, (State Bar # 110022)
Kenneth D. Klein (State Bar # 85231)
Julie A. Shepard (State Bar # 175538)
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone:  (310) 785-4600
Facsimile:  (310) 785-4601

Scott T. Wilsdon (*pro hac vice*)
YARMUTH WILSDON CALFO, PLLC
The IDX Tower
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Telephone:  (206) 516-3800
Facsimile:  (206) 516-3888

Attorneys for Defendants
NDS GROUP PLC and
NDS AMERICAS, INC.

**Final Judgment**

## **SERVICE LIST**

EchoStar Satellite Corporation, et al. v. NDS Group PLC, et al.
United States District Court, Central District of California, Southern Division
Case No. SA CV 03-0950 DOC (JTLx)

O'MELVENY & MYERS LLP
David R. Eberhart
Darin W. Snyder
Eric J. Knapp
Ian N. Ramage
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
(415) 984-8700 (Telephone)
(415) 984-8701 (Facsimile)

YARMUTH WILSDON CALFO PLLC
Scott T. Wilsdon
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
(206) 516-3800 (Telephone)
(206) 516-3888 (Facsimile)

HOGAN & HARTSON LLP
Richard L. Stone
Kenneth D. Klein
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
(310) 785-4600 (Telephone)
(310) 785-4601 (Facsimile)