1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10          **SOUTHERN DIVISION**
11

12  ECHOSTAR SATELLITE CORP., et al., | Case No. SA CV 03-950 DOC (JTLx)
13
          Plaintiffs and Counterclaim Defendants, | **ORDER STAYING EXECUTION OF FINAL JUDGMENT**
14
15                    v.
16  NDS GROUP PLC, et al.,
17          Defendants and Counterclaim Plaintiffs.
18
19
20
21
22
23
24
25
26
27
28

1  **ORDER**

2

3          FOR GOOD CAUSE SHOWN, it is hereby ORDERED that the Stipulation to

4  Stay Execution of Final Judgment is hereby GRANTED.  The Court hereby stays

5  execution of the Joint Final Judgment until March 30, 2009.

6

7          **IT IS SO ORDERED.**

8

9

10  Dated:_March 17, 2009_____   _____

11                                                      DAVID O. CARTER
                                              United States District Court Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28