1  Submitted Jointly:

2  Submitting counsel identified on
3  accompanying signature pages

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                               **SOUTHERN DIVISION**

11

12

13  ECHOSTAR SATELLITE CORP., | Case No. SA CV 03-950 DOC (JTLx)
    et al.,

14                            | **STIPULATION TO FURTHER STAY**
       Plaintiffs and Counterclaim | **EXECUTION OF FINAL JUDGMENT;**
15     Defendants,               | **[PROPOSED] ORDER**

16        v.

17  NDS GROUP PLC, et al.,
18
       Defendants and Counterclaim
19     Plaintiffs.

20

21

22

23

24

25

26

27

28

Plaintiffs EchoStar Communications Corporation, EchoStar Satellite L.L.C. f/k/a EchoStar Satellite Corporation, EchoStar Technologies Corporation, and Nagrastar LLC (collectively "EchoStar") and Defendants NDS Group plc and NDS Americas, Inc. (collectively "NDS") hereby jointly stipulate and move the Court for an order further staying execution of the Final Judgment entered by the Court on February 13, 2009 (the "Final Judgment").

1. On December 4, 2008 the Court entered its Minute Order Granting, In Part, Motion To Clarify Permanent Injunction And Granting, In Part, Motions for Attorney's Fees (the "Fee/Costs Order") awarding attorney's fees and costs to EchoStar and attorney's fees to NDS.

2. On February 13, 2009 the Court entered the Final Judgment awarding damages, attorney's fees, and costs to EchoStar and attorney's fees to NDS.

3. NDS has appealed the awards of attorney's fees and costs in the Fee/Costs Order, as amended by the Final Judgment and the Order Denying Motion to Correct Judgment, dated March 26, 2009.

4. EchoStar has appealed the Final Judgment and the Order Denying Motion to Correct Judgment, dated March 26, 2009.

5. The Final Judgment orders that execution of that judgment is stayed for thirty (30) days following its entry.

6. On March 17, 2009, the Court entered an Order Staying Execution of Final Judgment, which stayed execution of the Final Judgment until March 30, 2009.

7. On March 26, 2009, the Court entered the Order Denying Motion to Correct Judgment.

8. On April 3, 2009, the Court entered a second Order Staying Execution of Final Judgment, which stayed execution of the Final Judgment until April 20, 2009.

9. On April 23, 2009, the Court entered a third Order Staying Execution of Final Judgment, which stayed execution of the Final Judgment until May 4, 2009.

10. The Clerk of Court has not yet issued a determination regarding the taxation of costs against NDS. On April 23, 2009, the Clerk held an initial conference regarding taxation of costs, and the Clerk has scheduled a further conference for May 20, 2009. To the extent that any party has objections to the Clerk's determinations, that party may file a motion before this Court to retax costs pursuant to Local Rule 54-9.

11. Although the parties have agreed on a form of escrow agreement in lieu of a bond to stay execution of the Fee/Costs Order and the Final Judgment, the amount to be deposited in escrow will depend, in part, on the amount of costs ultimately taxed against NDS.

12. The parties anticipate that they will submit a final motion to stay execution of the Fee/Costs Order and the Final Judgment, and that the escrow deposit will occur, within five days of the later of the Clerk's ruling on taxation of costs or the Court's ruling following any motion to retax costs

WHEREFORE, pursuant to Rule 62 of the Federal Rules of Civil Procedure, the parties stipulate and request that the Court enter an Order:

Staying any proceedings to enforce or execute the Fee/Costs Order and/or the Final Judgment until the later of five (5) days after: (i) the Clerk issues a final determination regarding the taxation of costs; or (ii) the Court issues a final ruling regarding the taxation of costs following any party's motion to retax costs pursuant to Local Rule 54-9.

| | |
|---|---|
| 1  Dated: May 4, 2009 | |
| 2 | **T. WADE WELCH & ASSOCIATES** |
| 3 | By: __/s/ T. Wade Welch_____ |
| 4 | T. Wade Welch (*pro hac vice*) |
| 5 | 2401 Fountainview, Suite 700<br>Houston, Texas 77057 |
| 6 | Telephone: (713) 952-4334<br>Facsimile: (713) 952-4994 |
| 7 | |
| 8 | **DLA PIPER US LLP**<br>Brendan E. Starkey (State Bar No. 240912) |
| 9 | Cynthia A. Ricketts (*pro hac vice*) |
| 10 | 1999 Avenue of the Stars, Fourth Floor<br>Los Angeles, California 90067 |
| 11 | Telephone: (310) 595-3000<br>Facsimile: (310) 595-3300 |
| 12 | |
| 13 | Attorneys for Plaintiffs<br>ECHOSTAR SATELLITE L.L.C, ECHOSTAR |
| 14 | COMMUNICATIONS CORPORATION,<br>ECHOSTAR TECHNOLOGIES |
| 15 | CORPORATION, AND NAGRASTAR L.L.C. |
| 16  Dated: May 4, 2009 | |
| 17 | **O'MELVENY & MYERS LLP** |
| 18 | By: __/s/ David R. Eberhart_____ |
| 19 | |
| 20 | Darin W. Snyder (State Bar # 136003)<br>David R. Eberhart (State Bar # 195474) |
| 21 | O'MELVENY & MYERS LLP |
| 22 | Two Embarcadero Center, Suite 2800<br>San Francisco, California 94111-3305 |
| 23 | Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 |
| 24 | |
| 25 | Richard L. Stone, (State Bar # 110022)<br>Kenneth D. Klein (State Bar # 85231) |
| 26 | Julie A. Shepard (State Bar # 175538)<br>HOGAN & HARTSON L.L.P. |
| 27 | 1999 Avenue of the Stars, Suite 1400 |
| 28 | Los Angeles, California 90067 |

| | |
|---|---|
| 1 | Telephone: (310) 785-4600 |
| 2 | Facsimile: (310) 785-4601 |
| 3 | Attorneys for Defendants |
|   | NDS GROUP PLC and NDS AMERICAS, INC. |
| 4 | SF1:764146.3 |