**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 07 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ECHOSTAR SATELLITE CORPORATION; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> NDS GROUP PLC and NDS AMERICAS, INC., <br><br> Defendants - Appellants. | No. 09-55005 <br><br> D.C. No. 8:03-cv-00950-DOC-JTL <br> Central District of California, <br> Santa Ana <br><br> ORDER |
| ECHOSTAR SATELLITE CORPORATION; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> NDS GROUP PLC and NDS AMERICAS, INC., <br><br> Defendants - Appellees. | No. 09-55633 <br><br> D.C. No. 8:03-CV-00950-DOC-JTL <br> Central District of California, <br> Santa Ana |

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: SCHROEDER and PREGERSON, Circuit Judges, and GRAHAM, Senior District Judge.[*]

---

[*] The Honorable James L. Graham, Senior District Judge for the U.S. District Court for Southern Ohio, Columbus, sitting by designation.

Appellees' motion for stay of the issuance of the mandate pending application for writ of certiorari is granted. Fed. R. App. P. 41(b).

Therefore, it is ordered that the mandate is stayed pending the filing of the petition for writ of certiorari in the Supreme Court. The stay shall continue until final disposition by the Supreme Court.